**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

IN RE:

                                          Chapter 11

CARBONOX INCORPORATED,

                                          Case No. 25-30865

        Debtor(s).

**<u>ORDER</u>**

This matter comes before the Court on the Debtor's Motion for Joint Administration. No objections having been filed and the Court being fully advised in the premises; IT IS ORDERED that the Motion is GRANTED.

The AG RECYCLING INC. case (Case No. 25-30862) will be jointly administered with SURMEIER HOLDINGS, LLC (Case No. 25-30863), SURMEIER HOLDINGS GREGAN, LLC (Case No. 25-30864), CARBONOX INC., (Case No. 25-30865) and ECO RECYCLING, INC. (Case No. 25-30866).

AG RECYCLING INC., case (Case No. 25-30862) is the lead case.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: November 25, 2025

                              /s/ Mary E. Lopinot

                              UNITED STATES BANKRUPTCY JUDGE/4