# Notice Recipients

District/Off: 0754−3  User: ao1492bnc  Date Created: 11/25/2025
Case: 25−30865−mel  Form ID: pdf900  Total: 52

**Recipients of Notice of Electronic Filing:**
ust   United States Trustee   USTPRegion10.es.ecf@usdoj.gov
aty   Mark D Skaggs   mark.d.skaggs@usdoj.gov
aty   Spencer P Desai   spd@desailawfirmllc.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| ID | Name | Address |
|---|---|---|
| db | Carbonox Incorporated | 339 South 6th Stret    Mascoutah, IL 62258 |
| 4399906 | AG Recycling Inc. | 339 South 6th Street    Mascoutah, IL 62258 |
| 4399907 | Alcoa USA Corp | 201 Isabella Street Suite 500    Pittsburgh, PA 15212 |
| 4399908 | Austin Hose Corp | 2541 W. Farmers Ave    Amarillo, TX 79118 |
| 4399909 | Best One | 2300 S. 3rd Street    Saint Louis, MO 63104 |
| 4399910 | Bulk Transport Company East, Inc | 2280 Cassens Drive    Fenton, MO 63026 |
| 4399911 | Calumet River Fleeting, Inc. | 3025 E 104th Street    Chicago, IL 60617 |
| 4399912 | Cambro Products Inc. | 5801 Skylab Road    Huntington Beach, CA 92647 |
| 4401441 | Capital One N.A. | by AIS InfoSource LP as agent    4515 N Santa Fe Ave    Oklahoma City OK 73118 |
| 4399913 | Cargill Inc. | PO Box 9300    Minneapolis, MN 55440 |
| 4399914 | Channel Capital Partners | 4200 University Ave.    Suite 310    West Des Moines, IA 50266 |
| 4399915 | Eco Recycling, Inc | 6515 Page Ave.    Saint Louis, MO 63133 |
| 4399917 | GT Maury LLC | PO Box 2102    Morganton, NC 28680 |
| 4399916 | Gateway Energy & Coke Company LLC C/O Suncocke Ene | 1011 Warrenvill Road    Suite 600    Lisle, IL 60532 |
| 4399921 | HD Tec Solutions | 9916 Kennerly Road    Saint Louis, MO 63128 |
| 4399918 | Haverhill Coke Company LLC C/O Suncocke Energy Inc | 2446 Gallia Pike    Franklin Furnace, OH 45629 |
| 4399919 | Hayden Machinery East | 4358 Livery Lane    Springfield, MO 65802 |
| 4399920 | Hayden Machinery, LLC | 4358 Livery Lane    Springfield, MO 65802 |
| 4399922 | Horton Supply Co. | 3044 E. Elm Street    Springfield, MO 65802 |
| 4399923 | Internal Revenue Service | P.O. Box 7346    Philadelphia, PA 19101−7346 |
| 4399924 | Intuit Inc. | 2700 Coast Ave    Mountain View, CA 94043 |
| 4399925 | John Fabick Tractor | 1 Fabick Drive    Fenton, MO 63026 |
| 4399926 | King of Freight | 605 S. Wichita St.    Wichita, KS 67202 |
| 4399927 | Magnitude 7 Metals, LLC | 391 St. Jude Industrial Park    Marston, MO 63866 |
| 4399928 | Manley Brothers, LLC | 200 Benton Street    Valley Park, MO 63088 |
| 4399929 | McLanahan Towing, Inc. | 105 S. Seminary St.    Collinsville, IL 62234 |
| 4399930 | Middletown Coke Co. C/O Suncoke Energy Inc. | 101 Warrenville Rd.    Suite 600    Lisle, IL 60532 |
| 4399931 | Missouri Department of Revenue Bankruptcy Unit | P.O. Box 475    301 W. High Street    Jefferson City, MO 65105−4750 |
| 4399932 | Navana Labs, LLC | 922 Robert C Byrd Drive    Sophia, WV 25921 |
| 4399933 | Novogradac & Company LLP | 1160 Battery Street East Building    San Francisco, CA 94111 |
| 4399935 | PNC Bank | 249 Fifth Ave    MS P−1−POPP−BL−7    Pittsburgh, PA 15222 |
| 4399934 | Packaging Systems, Inc | 167 Chesterfield Industrial Blvd    Chesterfield, MO 63005 |
| 4399936 | QC Transport | PO Box 83    Bettendorf, IA 52722 |
| 4399937 | Rain CII Carbon LLC | 1330 Greengate Drive    Suite 300    Covington, LA 70433 |
| 4399938 | Small Business Administration | Little Rock Commercial Loan Servici    2120 Riverfront Drive, Suite 100    Little Rock, AR 72202 |
| 4399939 | Southern Illinois Motor Xpress, Inc | 1967 Pyatt−Cutler Road    Cutler, IL 62238 |
| 4399940 | St. Louis Bank | 9811 South Forty Drive    Saint Louis, MO 63124 |
| 4399942 | Surmeier & Surmeier, Inc. | 339 S. 6th Street    Mascoutah, IL 62258 |
| 4399941 | Surmeier Holdings LLC | 339 South 6th Street    Mascoutah, IL 62258 |
| 4399943 | Terminal Railroad Assoc. St. Louis | 1017 Olive Street    5th Floor    Saint Louis, MO 63101 |
| 4399944 | Timothy Surmeier | 2554 Schneider Road    Belleville, IL 62221 |
| 4399945 | Trans Midwest | 1900 Pine St.    Suite 609    Saint Louis, MO 63103 |
| 4399946 | Truck Centers, Inc | 2280 Formosa Rd.    Troy, IL 62294 |
| 4399947 | Wells Fargo Equipment Finance | 733 Marquette Ave.    Suite 700    Minneapolis, MN 55402 |
| 4399948 | Wells Fargo Vendor Financial Ser | P.O. 35701    Billings, MT 59107 |
| 4399949 | Wells Fargo Vendor Financial Serv | P.O. Box 35701    Suite 700    Billings, MT 59107 |
| 4399950 | Wendi Alper−Pressman | Armstrong Teasdale    7700 Forsyth Blvd.    Suite 1800    Saint Louis, MO 63105 |
| 4399951 | White Pine Partners | 3519 Fort Street    Lincoln Park, MI 48146 |
| 4399952 | Woody Bogler Trucking Co. | 6048 Highway 50    Gerald, MO 63037 |

TOTAL: 49